Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

*Additional Plaintiffs' counsel of record listed below*

Anthony P. Condotti (Bar No. 149886)
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
333 Church Street
Santa Cruz, California 95060
Telephone: (831) 423-8383
Facsimile: (831) 423-9401
Email: tcondotti@abc-law.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Civil Case No.: C-09-05676 EMC<br><br>**STIPULATION TO EXTEND MEDIATION COMPLETION DATE; [Proposed] ORDER** |

1  Christopher Sproul (Bar No. 126398)
   ENVIRONMENTAL ADVOCATES
2  5135 Anza Street
   San Francisco, California 94121
3  Telephone: (415) 533-3376
   Facsimile: (415) 358-5695
4  Email: csproul@enviroadvocates.com

5
   Jason Flanders (Bar No. 238007)
6  SAN FRANCISCO BAYKEEPER
   785 Market Street, Suite 850
7  San Francisco, California 94103
   Telephone: (415) 856-0444
8  Facsimile: (415) 856-0443
   Email: jason@baykeeper.org
9
10 Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

WHEREAS, on December 2, 2009, Plaintiff San Francisco Baykeeper ("Baykeeper") filed a complaint in the above captioned action against Defendant West Bay Sanitary District ("District") (Baykeeper and the District are referred to collectively as "the Parties");

WHEREAS, on March 3, 2010, the District filed its answer to Baykeeper's complaint (Electronic Case File ("ECF") Docket No. 11);

WHEREAS, on March 10, 2010, the Court held the Initial Case Management Conference in this action;

WHEREAS, on March 11, 2010, the Court issued a Case Management and Pretrial Order (ECF Docket No. 14) that required that the Parties complete mediation by May 10, 2010, sixty days from the Court's Order;

WHEREAS, on March 15, 2010, the Court notified the Parties that Daniel Bowling is assigned as the mediator in this action (ECF Docket No. 17);

WHEREAS, the Parties and Mr. Bowling have conferred on potential dates to proceed to mediation prior to the Court-ordered deadline;

WHEREAS, to accommodate both the Parties' and Mr. Bowling's schedules, the Parties scheduled mediation in this action for May 17, 2010;

NOW THEREFORE, the Parties stipulate to and request that the Court extend the mediation completion date to June 30, 2010, to allow the Parties to proceed to mediation before Mr. Bowling on May 17, 2010.

IT IS SO STIPULATED.

Dated: April, 2010

Respectfully submitted,
LAWYERS FOR CLEAN WATER, INC.

_____
Daniel Cooper
Samantha Williams
Attorneys for Plaintiff
San Francisco Baykeeper

Dated: April 29, 2010

Respectfully submitted,
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

_____
Anthony Condotti
Attorneys for Defendant
West Bay Sanitary District

## [Proposed] ORDER

The Parties' request to extend the mediation deadline to June 30, 2010 is GRANTED.

IT IS SO ORDERED.

Dated: 4/29/10

_____
The Hon. Edward M. Chen
United States

IT IS SO ORDERED
Judge Edward M. Chen