Anthony P. Condotti (SBN 149886)
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:  (831) 423-8383
Facsimile:  (831) 576-2269
Email:  TCondotti@abc-law.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT

*Additional Defendant's counsel of record listed below*

Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

*Additional Plaintiff's counsel of record listed below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation.<br><br>            Plaintiff,<br>     vs.<br><br>WEST BAY SANITARY DISTRICT, a California independent political corporation.<br><br>            Defendant. | **Case No. C-09-05676 EMC**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**[Civ. Local Rule 16-2(e); 7-12]** |

Melissa A. Thorme (SBN 151278)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: mthorme@downeybrand.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT


Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

## STIPULATION

Plaintiff, San Francisco Baykeeper ("Baykeeper"), and Defendant West Bay Sanitary District (the "District"), parties to the above-entitled action by and through their attorneys of record, hereby agree and stipulate to continue the Case Management Conference currently set for July 28, 2010 at 2:30 p.m. to August 25, 2010 at 2:30 p.m. It is further agreed to and stipulated that filing of the Updated Joint Case Management Statement be continued from July 21, 2010 to August 18, 2010.

Good cause exists to continue the Case Management Conference date of July 28, 2010. On June 25, 2010, the Court filed a Clerk's Notice continuing the June 30, 2010 Case Management Conference to July 28, 2010. However, the District's counsel, Anthony P. Condotti, will be out of the country and unavailable from July 26, 2010 through August 6, 2010. Accordingly, the parties request that the Case

Management Conference be continued so as to allow for Mr. Condotti's attendance. Additionally, it is anticipated that continuing the Case Management Conference will allow sufficient time to continue mediation.  This Court has continued two previous Case Management Conference dates to allow for further mediation.  This stipulation for a third continuance of the Case Management Conference is based on necessity and on good cause.

It is so stipulated by the parties below.  This Stipulation will be signed in counterparts and copies thereof are considered as valid as the original.

Respectfully submitted,
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated:  July 8, 2010          By:     _____/s/_____
                                       Anthony P. Condotti
                                       Attorneys for Defendant
                                       WEST BAY SANITARY DISTRICT

Respectfully submitted,
LAWYERS FOR CLEAN WATER, INC.

Dated:  July 9, 2010          By:     _____/s/_____
                                       Daniel Cooper
                                       Samantha Williams
                                       Attorneys for Plaintiff
                                       SAN FRANCISCO BAYKEEPER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that there is good cause to continue the Case Management Conference from July 28, 2010 at 2:30 p.m. to August 25, 2010 at 2:30 p.m. and the date by which to file an Updated Joint Case Management Conference Statement from July 21, 2010 to August 18, 2010.

Dated: _____July 12, 2010_____     _____
                                             The Honorable Magistrate Edward M. Chen
                                             United States District C

IT IS SO ORDERED
Judge Edward M. Chen