Anthony P. Condotti (SBN 149886)
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:  (831) 423-8383
Facsimile:  (831) 576-2269
Email:  TCondotti@abc-law.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT

*Additional Defendant's counsel of record listed below*


Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

*Additional Plaintiff's counsel of record listed below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation.<br><br>             Plaintiff,<br>     vs.<br><br>WEST BAY SANITARY DISTRICT, a California independent political corporation.<br><br>             Defendant. | **Case No. C-09-05676 EMC**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**[Civ. Local Rule 16-2(e); 7-12]** |

Melissa A. Thorme (SBN 151278)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email:  mthorme@downeybrand.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT


Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

## STIPULATION

Plaintiff, San Francisco Baykeeper ("Baykeeper"), and Defendant West Bay Sanitary District (the "District"), parties to the above-entitled action by and through their attorneys of record, hereby agree and stipulate to continue the Case Management Conference currently set for August 25, 2010 at 2:30 p.m. to September 29, 2010 at 2:30 p.m.  It is further agreed to and stipulated that filing of the Updated Joint Case Management Statement be continued from August 18, 2010 to September 22, 2010.

Good cause exists to continue the Case Management Conference date of August 25, 2010.  It is anticipated that continuing the Case Management Conference will allow sufficient time to continue mediation.  The parties have had three mediation sessions before ADR Program Coordinator Daniel Bowling, during which significant progress toward a potential resolution has been made.  This

stipulation for a continuance of the Case Management Conference is based on necessity and on good cause.

It is so stipulated by the parties below. This Stipulation will be signed in counterparts and copies thereof are considered as valid as the original.

Respectfully submitted,
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: August 18, 2010            By:      /s/_____
                                           Anthony P. Condotti
                                           Attorneys for Defendant
                                           WEST BAY SANITARY DISTRICT

Respectfully submitted,
LAWYERS FOR CLEAN WATER, INC.

Dated: August 18, 2010            By:      /s/_____
                                           Daniel Cooper
                                           Samantha Williams
                                           Attorneys for Plaintiff
                                           SAN FRANCISCO BAYKEEPER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that there is good cause to continue the Case Management Conference from August 25, 2010 at 2:30 p.m. to September 29, at 2:30 p.m. and the date by which to file an Updated Joint Case Management Conference Statement from August 18, 2010 to September 22, 2010.

Dated: 8/18/10            _____
                          The Honorable Magistrate Edward M. Chen
                          District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*