Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile:  (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile:   (916) 444-2100
Email: mthorme@downeybrand.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT

*Additional counsel of record listed below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Civil Case No.: C-09-05676 EMC<br><br>[~~PROPOSED~~] **ORDER TO ALLOW BRIEFING AND HEARING ON PROTECTIVE ORDER ON SHORTENED TIME**<br><br>Honorable Edward M. Chen<br>Place: United States District Court<br>         450 Golden Gate Avenue<br>         Courtroom C, 15th Floor<br>         San Francisco, CA<br>Hearing: December 1, 2010<br>Time:    10:30 am |

1   WHEREAS, on November 12, 2010, Plaintiff San Francisco Baykeeper ("Baykeeper") and
2   Defendant West Bay Sanitary District ("West Bay") Plaintiff San Francisco Baykeeper ("Baykeeper")
3   and Defendant West Bay Sanitary District ("West Bay") in the above-captioned action submitted a
4   STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANT'S
5   MOTION FOR PROTECTIVE ORDER RELATED TO DISCOVERY.
6   THEREFORE, IT IS THUS SO ORDERED, DECREED AND ADJUDGED that the following
7   shortened time schedule shall apply to West Bay's Motion for Protective Order:
8   Motion by West Bay to be filed on November 15, 2010
9   ~~Opposition by Baykeeper to be filed on November 22, 2010~~ 26
10   Reply West Bay to be filed on November ~~29~~, 2010
11   Hearing on <u>December 1</u>_____, 2010 at 10:30 am

**IT IS SO ORDERED.**

Dated: 11/17/10 _____

HONORABLE [Judge Edward M. Chen]
United States [District Judge]

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1123566.1

[PROPOSED] ORDER TO ALLOW SHORTENED TIME    1    Civil Case No. C-09-05676 EMC