1  Daniel Cooper (Bar No. 153576)
   Samantha Williams (Bar No. 251344)
2  LAWYERS FOR CLEAN WATER, INC.
   1004-A O'Reilly Avenue
3  San Francisco, California 94129
   Telephone: (415) 440-6520
4  Facsimile:  (415) 440-4155
   Email: daniel@lawyersforcleanwater.com
5

6  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
7

   DOWNEY BRAND LLP
8  MELISSA A. THORME (Bar No. 151278)
   621 Capitol Mall, 18th Floor
9  Sacramento, CA  95814-4731
   Telephone: (916) 444-1000
10 Facsimile:  (916) 444-2100
   Email: mthorme@downeybrand.com
11

   Attorneys for Defendant
12 WEST BAY SANITARY DISTRICT

13
   *Additional counsel of record listed below*
14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17
   SAN FRANCISCO BAYKEEPER, a California         Civil Case No.: C-09-05676 EMC
18 non-profit corporation,                          AMENDED
                                                 **[PROPOSED] ORDER TO ALLOW**
19              Plaintiff,                       **BRIEFING AND HEARING ON**
                                                 **PROTECTIVE ORDER ON**
20      v.                                       **SHORTENED TIME**

21
   WEST BAY SANITARY DISTRICT, a California
22 independent municipal corporation,            Honorable Edward M. Chen
                                                 Place: United States District Court
23              Defendant.                              450 Golden Gate Avenue
                                                        Courtroom C, 15th Floor
24                                                      San Francisco, CA
                                                 Hearing: December 1, 2010
25                                               Time:    10:30 am

26

27

28

[PROPOSED] ORDER TO ALLOW SHORTENED TIME                    Civil Case No. C-09-05676 EMC

1     WHEREAS, on November 12, 2010, Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant West Bay Sanitary District ("West Bay") Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant West Bay Sanitary District ("West Bay") in the above-captioned action submitted a STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER RELATED TO DISCOVERY.

    THEREFORE, IT IS THUS SO ORDERED, DECREED AND ADJUDGED that the following shortened time schedule shall apply to West Bay's Motion for Protective Order:

    Motion by West Bay to be filed on November 15, 2010

    ~~Opposition by Baykeeper to be filed on November 22, 2010~~ 26

    Reply West Bay to be filed on November ~~29~~, 2010

    Hearing on <u>December 1</u>_____, 2010 at 1~~0:30 am~~ 3:00 p.m.

**IT IS SO ORDERED.**

Dated: _____11/17/10_____

IT IS SO ORDERED AS MODIFIED

/s/ Edward M. Chen
Judge Edward M. Chen
United States District Court Judge

1123566.1

[PROPOSED] ORDER TO ALLOW SHORTENED TIME     1     Civil Case No. C-09-05676 EMC