```
 1  Daniel Cooper (Bar No. 153576)
    Samantha Williams (Bar No. 251344)
 2  LAWYERS FOR CLEAN WATER, INC.
    1004-A O'Reilly Avenue
 3  San Francisco, California 94129
    Telephone: (415) 440-6520
 4  Facsimile:  (415) 440-4155
    Email: daniel@lawyersforcleanwater.com
 5
 6  Attorneys for Plaintiff
    SAN FRANCISCO BAYKEEPER
 7
    DOWNEY BRAND LLP
 8  MELISSA A. THORME (Bar No. 151278)
    621 Capitol Mall, 18th Floor
 9  Sacramento, CA  95814-4731
    Telephone: (916) 444-1000
10  Facsimile:  (916) 444-2100
    Email: mthorme@downeybrand.com
11
    Attorneys for Defendant
12  WEST BAY SANITARY DISTRICT
13
    *Additional counsel of record listed below*
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>   Defendant. | Civil Case No.: C-09-05676 EMC<br><br>[~~PROPOSED~~] ORDER TO DISMISS SECOND CAUSE OF ACTION FROM PLAINTIFF'S COMPLAINT<br><br>Honorable Edward M. Chen<br>Place: United States District Court<br>        450 Golden Gate Avenue<br>        Courtroom C, 15th Floor<br>        San Francisco, CA |

1  WHEREAS, on November 12, 2010, Plaintiff San Francisco Baykeeper ("Baykeeper") and
2  Defendant West Bay Sanitary District ("West Bay") in the above-captioned action submitted to this
3  Court a STIPULATION TO DISMISS SECOND CAUSE OF ACTION FROM PLAINTIFF'S
4  COMPLAINT agreeing to a dismissal of the Plaintiff's second cause of action.
5  THEREFORE, IT IS THUS SO ORDERED, DECREED AND ADJUDGED that Plaintiff's
6  Second Cause of Action (Paragraphs 109 to 115 of the Plaintiff's Complaint) and the request for relief
7  associated with the same (Paragraph 123(d) of Plaintiff's Complaint) are hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: 11/18/10



_____
EDWARD M. CHEN
United States District Court Judge

11241101.1

[PROPOSED] ORDER TO DISMISS SECOND CAUSE OF ACTION   1            Civil Case No. C-09-05676 EMC