UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST BAY SANITARY DISTRICT,<br><br>    Defendant.<br>_____/ | No. C-09-5676 EMC<br><br>**ORDER RE PARTIES' JOINT LETTER OF APRIL 13, 2011 RE DEPOSITIONS**<br><br>**(Docket No. 122)** |

       The Court, having reviewed the parties' joint letter of April 13, 2011, and for the reasons stated on the record in the telephone conference of April 21, 2011, **DENIES** Baykeeper's request to compel Mr. Scott to answer the questions asked in his deposition to which he asserted the Fifth Amendment. It does so without ruling on whether Baykeeper may ask that an adverse inference be drawn as to questions for which a witness refuses to respond by invoking the Fifth Amendment. The Court also indicated that it would not look favorably upon any witness who invokes the Fifth Amendment in depositions but then decides to waive the privilege at trial in order to give testimony. The Court further ruled that Baykeeper may proceed to submit written questions to Mr. Scott in a

///

///

///

///

///

///

further/continued deposition.  Finally, the Court urged the parties to meet and confer and determine whether certain information can be obtained via narrowly tailored written interrogatories directed to the District (in lieu of a deposition) pursuant to a stipulation to waive the discovery deadline.

This order disposes of Docket No. 122.

IT IS SO ORDERED.

Dated: April 22, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge