Daniel Cooper (Bar No. 153576)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: Daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

DOWNEY BRAND LLP
MELISSA THORME (Bar No. 151278)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: mthorme@downeybrand.com

Attorney for Defendant
WEST BAY SANITARY DISTRICT

*Additional counsel of record listed below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Civil Case No.: C-09-05676 EMC<br><br>**STIPULATION TO CONDUCT DEPOSITION OF JOHN LARSON AFTER EXPERT DISCOVERY COMPLETION DATE; [Proposed] ORDER** |

| | |
|---|---|
| 1 | Christopher Sproul (Bar No. 126398) |
| 2 | ENVIRONMENTAL ADVOCATES<br>5135 Anza Street |
| 3 | San Francisco, California 94121<br>Telephone: *(415)* 533-3376 |
| 4 | Facsimile: (415) 358-5695<br>Email: csproul@enviroadvocates.com |
| 5 | Jason Flanders (Bar No. 238007) |
| 6 | SAN FRANCISCO BAYKEEPER<br>785 Market Street, Suite 850 |
| 7 | San Francisco, California 94103<br>Telephone: (415) 856-0444 |
| 8 | Facsimile: (415) 856-0443<br>Email: jason@baykeeper.org |
| 9 | Attorneys for Plaintiff |
| 10 | SAN FRANCISCO BAYKEEPER |
| 11 | Anthony P. Condotti (Bar No. 149886)<br>ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| 12 | 333 Church Street<br>Santa Cruz, CA 95060 |
| 13 | Telephone: (831)423-8383<br>Facsimile: (831)43-9401 |
| 14 | Email: tcondotti@abc-law.com |
| 15 | Attorneys for Defendant<br>WEST BAY SANITARY DISTRICT |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# STIPULATION

**WHEREAS**, the SECOND AMENDED CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL established that all discovery from experts shall be completed by 29 July 2011;

**WHEREAS**, scheduling conflicts resulting from long-standing vacation commitments by West Bay Sanitary District expert Mr. Larson and Counsel for San Francisco Baykeeper render deposition dates in July impossible;

**WHEREAS**, West Bay Sanitary District agrees to make John Larson available for deposition on 18 August 2011;

**WHEREAS**, West Bay Sanitary District agrees to produce the "expert file" of John Larson as defined by the parties on 3 June 2011 by no later than 4 August 2011;

**THEREFORE,** San Francisco Baykeeper and West Bay Sanitary District hereby stipulate to and request that the Court permit the deposition of John Larson to proceed after the expert discovery completion date, on 18 August 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAWYERS FOR CLEAN WATER, INC.

Dated: June 22, 2011        By:   /s/Daniel Cooper
                                  Daniel Cooper, Attorney for Plaintiff
                                  SAN FRANCISCO BAYKEEPER

Dated: June 22, 2011        By:   /s/Melissa Thorme
                                  Melissa Thorme, Attorney for Defendant
                                  WEST BAY SANITARY DISTRICT

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, San Francisco Baykeeper and West Bay Sanitary District's request to permit the deposition of John Larson to proceed after the expert discovery completion date, on 18 August 2011, is GRANTED.

IT IS SO ORDERED.

Dated: 6/27/11   _____



---

Stip. To Conduct Deposition after Discovery Deadline        4        Civil Case No.: C-09-05676 EMC