UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annie Sitter,<br><br>        Plaintiff,<br><br>    v.<br><br>Ascent Healthcare Solutions Inc.,<br><br>        Defendant.<br>_____/ | Case No. C09-5682 EMC<br><br>**ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS** |

**IT IS HEREBY ORDERED** that the United States District Court shall furnish daily refreshments for the eight (8) members of the jury in the above-entitled matter at the expense of the United States on July 5, 6, 7, 11, 12, 13 and 14, 2011.  On July 5, 2011, refreshments shall be delivered to the jury room for Courtroom 8, 19th Floor by 12:30 p.m.  On July 6, 7, 11, 12, 13 and 14, refreshments shall be delivered by 7:45 a.m.

    IT IS SO ORDERED.

Dated:  June 29, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: Carlos