1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Case No. C-09-05676 EMC<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: September 23, 2011<br>Time: 1:30 p.m.<br>Location: United States District Court<br>450 Golden Gate Ave<br>Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

1178789.1

PROPOSED ORDER

1  **PROPOSED ORDER**

2  PURSUANT TO THE STIPULATION, SAN FRANCISCO BAYKEEPER

3  ("Plaintiff") and WEST BAY SANITARY DISTRICT's ("Defendant") request to

4  extend the time frames set forth in Local Rule 7-3 for Plaintiff's Motion for an

5  Interim Award of Reasonable Attorneys' Fees and Costs (the "Motion), and the

6  hearing date on the Motion, and hereby orders:

7  (1)  Defendant's opposition to the Motion shall be filed and served on

8  September 7, 2011;

9  (2)  Plaintiff's reply to Defendant's opposition to the Motion shall be filed

10  and served by September 21, 2011; and

11  (3)  The hearing on the Motion is continued to ~~September 30, 201~~1, at 1:30 [October 7, 2011]

12  p.m., or as soon thereafter as the matter may be heard, in Department 5 of the

13  above-captioned court.

14

15  DATED:  August 19 , 2011

   _____
   HONORABLE EDWARD M. CHEN
   U.S. District Court Judge
   Northern District of California

   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
   [STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

1178789.1                           2
                              PROPOSED ORDER