1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Case No.  C-09-05676 EMC<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      September 23, 2011<br>Time:     1:30 p.m.<br>Location: United States District Court<br>                450 Golden Gate Ave<br>                Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M. Chen |
|---|---|

1178789.1

PROPOSED ORDER

1 **PROPOSED ORDER**

2 PURSUANT TO THE STIPULATION, SAN FRANCISCO BAYKEEPER ("Plaintiff") and WEST BAY SANITARY DISTRICT's ("Defendant") request to extend the time frames set forth in Local Rule 7-3 for Plaintiff's Motion for an Interim Award of Reasonable Attorneys' Fees and Costs (the "Motion), and the hearing date on the Motion, and hereby orders:

(1) Defendant's opposition to the Motion shall be filed and served on September 7, 2011;

(2) Plaintiff's reply to Defendant's opposition to the Motion shall be filed and served by September 21, 2011; and

(3) The hearing on the Motion is continued to ~~September 30, 201~~1, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Department 5 of the above-captioned court.

[handwritten: October 7, 2011]

DATED: August 19, 2011

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
HONORABLE EDWARD M. CHEN
United States District Judge
Northern District of California