Daniel Cooper (Bar No. 153576)
Layne Friedrich (Bar No. 195431)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Civil Case No.: C-09-05676 EMC<br><br>[PROPOSED] ORDER REQUIRING PAYMENT OF PLAINTIFF'S INTERIM FEES AND COSTS AWARD<br><br>Judge:    Honorable Edward M. Chen<br>Location: United States District Court<br>               450 Golden Gate Ave<br>               Courtroom 5, 17th Floor |

**[PROPOSED] ORDER**

Plaintiff San Francisco Baykeeper's ("Plaintiff") motion for an interim award of attorneys' fees and costs came on for hearing before the Court on October 7, 2011. Docket No. 139. In its order on Plaintiff's motion, the Court found that Plaintiff was entitled to an award of $435,621.37 in fees and costs as a prevailing party under the Clean Water Act. Docket No. 174. During the further status conference for this matter on December 2, 2011, the Court deferred payment of Plaintiff's interim fees and costs as awarded until resolution of Defendant West Bay Sanitary District's ("Defendant") application for leave to file a motion pursuant to Rule 12(h). *See* Docket No. 175. On December 12, 2011, in their updated joint status report, the parties informed the Court that Defendant no longer intends to seek leave to file its proposed motion. Therefore further deferral is unwarranted. Moreover, Defendant's payment of interim fees and costs awarded by the Court is unrelated to Defendant's previously proposed motion. *See Chesapeake Bay Found. v. Gwaltney*, 484 U.S. 49, 67 n.6 (1987) (to protect citizen-plaintiffs, the award of litigation costs under section 1365(d) extends to "plaintiffs in actions which result in successful abatement but do not reach a verdict").

After careful consideration of the relevant legal authority, all papers filed by Plaintiff and Defendant related to Defendant's payment of Plaintiff's interim fees and costs, and good cause appearing:

IT IS ORDERED that Defendant shall reimburse Plaintiff $435,621.37 in litigation costs, including attorneys' fees and other costs, awarded by the Court within ~~30~~ 60 days of the date of this order.

IT IS FURTHER ORDERED that the payment required by this Order shall be made in the form of a check payable to "*Lawyers for Clean Water Attorney Client Trust Account*" addressed to: 1004-A O'Reilly Avenue, San Francisco, CA 94129, sent overnight delivery.

IT IS SO ORDERED.

Dated: _12/14_, 2011

_____
HONORABLE
UNITED STATES

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[Proposed] Order Requiring
Payment of Interim Fees and Costs

09-05676 EMC