DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
OLIVIA M. WRIGHT (Bar No. 240200)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mthorme@downeybrand.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT


LAWYERS FOR CLEAN WATER
DANIEL COOPER (Bar No. 153576)
CAROLINE KOCH (Bar No. 266068)
1004-a O'Reilly Avenue
San Francisco, CA 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

*Additional Counsel of Record listed below.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Case No. C-09-05676 EMC<br><br>**PROPOSED ORDER RE: STIPULATION TO CONDUCT SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |


1
2  ATCHISON, BARISONE, CONDOTTI &
   KOVACEVICH
3  ANTHONY P. CONDOTTI (Bar No. 149886)
   333 Church Street
4  Santa Cruz, CA 95060
   Telephone: (831) 423-8383
5  Facsimile: (831) 423-9401
   TCondotti@abc-law.com
6
   Attorneys for Defendant
7  WEST BAY SANITARY DISTRICT

8  ENVIRONMENTAL ADVOCATES
   CHRISTOPHER SPROUL (Bar No. 126398)
9  5135 Anza Street
   San Francisco, CA 94121
10 Telephone: (415) 533-3376
11 Facsimile: (415) 358-5695
   csproul@enviroadvocates.com
12
   Attorneys for Plaintiff
13 SAN FRANCISCO BAYKEEPER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION between plaintiff San Francisco Baykeeper ("Plaintiff") and defendant West Bay Sanitary District ("West Bay") that the case be assigned to a U.S. Magistrate Judge for a settlement conference facilitated by the Court at the earliest date the Court's schedule permits, the Court hereby assigns this matter to U.S. Magistrate Judge (to be randomly assigned) ~~for a settlement conference to be conducted on_____, at _____.m., in Department ___ of the above-captioned court.~~ within 45 days.

DATED: Dec. 19, 2011



HONORABLE EDWARD M. CHEN
United States District Judge
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

1204406.1                         3

PROPOSED ORDER: STIPULATION TO CONDUCT SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE