1  DOWNEY BRAND LLP
   MELISSA A. THORME (Bar No. 151278)
2  OLIVIA M. WRIGHT (Bar No. 240200)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814-4731
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  mthorme@downeybrand.com

6
   Attorneys for Defendant
7  WEST BAY SANITARY DISTRICT

8
   LAWYERS FOR CLEAN WATER
9  DANIEL COOPER (Bar No. 153576)
   CAROLINE KOCH (Bar No. 266068)
10 1004-a O'Reilly Avenue
   San Francisco, CA 94129
11 Telephone: (415) 440-6520
   Facsimile: (415) 440-4155
12 Daniel@lawyersforcleanwater.com

13 Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
14

15 *Additional Counsel of Record listed below.*

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  SAN FRANCISCO BAYKEEPER, a<br>California non-profit corporation, | Case No. C-09-05676 EMC |
| 20 | |
| 21              Plaintiff, | **PROPOSED ORDER RE: STIPULATION TO CONDUCT SETTLEMENT** |
| 22  v. | **CONFERENCE BEFORE MAGISTRATE JUDGE** |
| 23  WEST BAY SANITARY DISTRICT, a<br>California independent municipal<br>corporation, | |
| 24 | |
| 25              Defendant. | |

1204406.1                              1

ATCHISON, BARISONE, CONDOTTI &
KOVACEVICH
ANTHONY P. CONDOTTI (Bar No. 149886)
333 Church Street
Santa Cruz, CA 95060
Telephone: (831) 423-8383
Facsimile:  (831) 423-9401
TCondotti@abc-law.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT

ENVIRONMENTAL ADVOCATES
CHRISTOPHER SPROUL (Bar No. 126398)
5135 Anza Street
San Francisco, CA 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
csproul@enviroadvocates.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION between plaintiff San Francisco Baykeeper ("Plaintiff") and defendant West Bay Sanitary District ("West Bay") that the case be assigned to a U.S. Magistrate Judge for a settlement conference facilitated by the Court at the earliest date the Court's schedule permits, the Court hereby assigns this matter to U.S. Magistrate Judge (to be randomly assigned) ~~for a settlement conference to be conducted on _____, at _____.m., in Department ____ of the above-captioned court.~~ within 45 days.

DATED:   Dec. 19  , 2011



HONORABLE EDWARD M. CHEN
United States District Judge
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen