1  Daniel Cooper (Bar No. 153576)
   LAWYERS FOR CLEAN WATER, INC.
2  1004-A O'Reilly Avenue
   San Francisco, California 94129
3  Telephone: (415) 440-6520
4  Facsimile: (415) 440-4155
   Email: daniel@lawyersforcleanwater.com
5
   Christopher Sproul (Bar No. 126398)
6  Environmental Advocates
   5135 Anza Street
7  San Francisco, California 94121
8  Telephone: (415) 533-3376
   Facsimile: (415) 358-5695
9  Email: csproul@enviroadvocates.com

10 Jason Flanders (Bar No. 238007)
   SAN FRANCISCO BAYKEEPER
11 785 Market Street, Suite 850
12 San Francisco, California 94103
   Telephone: (415) 856-0444
13 Facsimile: (415) 856-0443
   Email: jason@baykeeper.org
14
15 Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
16

17              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation, | Civil Case No.: C-09-05676 EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** ORDER VACATING TRIAL DATE AND TRIAL RELATED DEADLINES; RESETTING STATUS |
| v. | Honorable Edward M. Chen |
| WEST BAY SANITARY DISTRICT, a California independent municipal corporation, | |
| Defendant. | |

---

Notice of Settlement                                    Civil Case No.: C-09-05676 EMC

**TO THE COURT:**

    **PLEASE TAKE NOTICE** that Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendant West Bay Sanitary District ("Defendant") (collectively "the Parties") have reached a settlement in this proceeding. On January 12, 2012, Plaintiff served copies of the Stipulation and Settlement Agreement via U.S. Certified Mail to the U.S. Department of Justice and the U.S. Environmental Protection Agency (collectively "Agencies") for the 45-day review period provided at 40 C.F.R. § 135.5. Plaintiff will notify the Court upon receiving notice that the Agencies have received the Stipulation and Settlement Agreement along with the date on which the 45-day review period will expire. *See* 40 C.F.R. § 135.5. Upon the expiration of the 45-day review period, Plaintiff will notify the Court of any comment or objection from the reviewing agencies, if necessary, and will submit the Stipulated Dismissal.

    Should the Court require any additional information, the undersigned will provide it upon request.

Respectfully submitted,

                                         LAWYERS FOR CLEAN WATER, INC.

Dated: 12 January 2012         By: _____
                                             Daniel Cooper, Attorney for Plaintiff
                                             SAN FRANCISCO BAYKEEPER

IT IS SO ORDERED that the 3/5/12 trial date and all trial related deadlines are hereby vacated.  The Status Conference set for 2/3/12 at 10:30 a.m. is reset for 4/13/12 at 10:30 a.m.  An updated status report shall be filed by 4/6/12.  The 4/13/12 Status Conference will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Notice of Settlement                                1                            Civil Case No.: C-09-05676 EMC