Daniel Cooper (Bar No. 153576)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Christopher Sproul (Bar No. 126398)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>Defendant. | Civil Case No.: C-09-05676 EMC<br><br>**NOTICE OF SETTLEMENT**<br>ORDER VACATING TRIAL DATE AND TRIAL RELATED DEADLINES; RESETTING STATUS<br>Honorable Edward M. Chen |

Notice of Settlement                                          Civil Case No.: C-09-05676 EMC

TO THE COURT:

**PLEASE TAKE NOTICE** that Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendant West Bay Sanitary District ("Defendant") (collectively "the Parties") have reached a settlement in this proceeding. On January 12, 2012, Plaintiff served copies of the Stipulation and Settlement Agreement via U.S. Certified Mail to the U.S. Department of Justice and the U.S. Environmental Protection Agency (collectively "Agencies") for the 45-day review period provided at 40 C.F.R. § 135.5. Plaintiff will notify the Court upon receiving notice that the Agencies have received the Stipulation and Settlement Agreement along with the date on which the 45-day review period will expire. *See* 40 C.F.R. § 135.5. Upon the expiration of the 45-day review period, Plaintiff will notify the Court of any comment or objection from the reviewing agencies, if necessary, and will submit the Stipulated Dismissal.

Should the Court require any additional information, the undersigned will provide it upon request.

Respectfully submitted,

LAWYERS FOR CLEAN WATER, INC.

Dated: 12 January 2012       By: _____
                             Daniel Cooper, Attorney for Plaintiff
                             SAN FRANCISCO BAYKEEPER

IT IS SO ORDERED that the 3/5/12 trial date and all trial related deadlines are hereby vacated.  The Status Conference set for 2/3/12 at 10:30 a.m. is reset for 4/13/12 at 10:30 a.m.  An updated status report shall be filed by 4/6/12.  The 4/13/12 Status Conference will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



Notice of Settlement                  1                 Civil Case No.: C-09-05676 EMC