Daniel Cooper (Bar No. 153576)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: Daniel@lawyersforcleanwater.com

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

DOWNEY BRAND LLP
MELISSA THORME (Bar No. 151278)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: mthorme@downeybrand.com

Attorney for Defendant
WEST BAY SANITARY DISTRICT

*Additional counsel of record listed below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>WEST BAY SANITARY DISTRICT, a California independent municipal corporation,<br><br>          Defendant. | Civil Case No.: C-09-05676 EMC<br><br>**STIPULATED DISMISSAL**  ; ORDER<br><br>**Fed. R. Civ. P. 41(1)(A)(ii)**<br><br>Honorable Edward M. Chen |

Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com

Jason Flanders (Bar No. 238007)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

Anthony P. Condotti (Bar No. 149886)
ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
333 Church Street
Santa Cruz, CA 95060
Telephone: (831)423-8383
Facsimile: (831)43-9401
Email: tcondotti@abc-law.com

Attorneys for Defendant
WEST BAY SANITARY DISTRICT

1   The following Stipulated Dismissal is entered into by and between Plaintiff San Francisco

2   Baykeeper ("Plaintiff" or "Baykeeper"), and Defendant West Bay Sanitary District ("Defendant" or

3   "West Bay"). The entities entering into this Stipulated Dismissal are each referred to herein as "Settling

4   Party" and collectively as "Settling Parties."

5       **WHEREAS**, Baykeeper satisfied the terms of paragraph one (1) of the Settling Parties'

6   Agreement by filing the Settling Parties' Stipulation and Settlement Agreement (Dkt. No. 184-1)

7   ("Agreement") with the Court on January 12, 2012 and transmitting a copy of the Stipulation and

8   Settlement Agreement to the U.S. Department of Justice and the U.S. Environmental Protection Agency

9   ("the Agencies") for the 45-day review period on January 12, 2012;

10      **WHEREAS**, West Bay satisfied the terms of paragraph two (2) of the Settling Parties'

11  Agreement by remitting payment in the amount of $435,621.37 to Baykeeper on February 29, 2012 via

12  overnight delivery according to the terms of the Stipulation and Settlement Agreement;

13      **WHEREAS**, the Settling Parties have complied with paragraph three (3) of the Settling Parties'

14  Agreement that requires West Bay to transmit final payment of  $964,378.63 to Baykeeper, which shall

15  constitute payment in full for any liability that West Bay may have for the violations alleged in this case

16  and for Baykeeper' attorneys fees and costs of suit, and paragraph four (4) of the Settling Parties'

17  Agreement that requires Baykeeper to file this Stipulated Dismissal according to the terms of the

18  Stipulation and Settlement Agreement;

19  **NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE SETTLING PARTIES:**

20      1.   Baykeeper's complaint filed on December 2, 2009 with the United States District Court for

21  the Northern District of California, Civil Case No.: C-09-05676 EMC, against West Bay is hereby

22  dismissed with prejudice.

23

24  Respectfully submitted,

25                                          LAWYERS FOR CLEAN WATER, INC.

26  Dated: March 2, 2012                    By: _____
                                                 Daniel Cooper, Attorneys for Plaintiff
27                                               SAN FRANCISCO BAYKEEPER

28

1

2 Dated: March 2, 2012

DOWNEY BRAND LLP

By: _____

Melissa A. Thorme, Attorneys for Defendant
WEST BAY SANITARY DISTRICT

3

4

5

6 IT IS SO ORDERED.

7

8 _____

Edward M. Chen
U.S. District Judge

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28